STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HAROLD WILLIAMS, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Michael B. Blacker* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

April 14, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. PEARL MITCHELL, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. I. Mark Cohen* for the petitioner.

*Mr. Joseph Tuso* and *Mr. Samuel J. Serata* for the respondent.

April 14, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. VINCENT FUCCI, DEFENDANT-PETITIONER.

*Mr. Samuel D. Bozza* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Joseph A. Falcone* for the respondent.

April 14, 1970. Denied.